

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00013-CV

Judy **FREEMAN**,
Appellant

v.

Kundu **JOHNSON**, individually and as Independent Administrator of the Estate of James Phillip
Johnson, deceased,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-13953
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
             Irene Rios Justice
             Beth Watkins, Justice

Delivered and Filed: July 21, 2021

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal.

*See* Tex. R. App. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties

regarding the assessment of costs, we order all costs assessed against appellant. *See* Tex. R. App.

P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM